UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

ARKANSAS TEACHER RETIREMENT          )
SYSTEM,                               )
    Plaintiff                     )
                   )
        v.                        )    C.A. No. 15-12345-MLW
                   )
INSULET CORP. et al.,                 )
    Defendants.                   )

ORDER

WOLF, D.J.                                          March 17, 2017

For the reasons stated at the March 16, 2017 hearing, it is hereby ORDERED that:

1.   The defendants' Motion to Dismiss the Amended Class Action Complaint (Document No. 51) is DENIED.

2.   The parties shall confer and, by March 30, 2017, submit a proposed scheduling order.

3.   If necessary, a scheduling conference shall be held on April 17, 2017.

UNITED STATES DISTRICT JUDGE