**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| ARKANSAS TEACHER RETIREMENT SYSTEM, THE CITY OF BRISTOL PENSION FUND, and THE CITY OF OMAHA POLICE AND FIRE RETIREMENT SYSTEM, on behalf of themselves and all others similarly situated,<br><br>     Plaintiffs,<br><br>  v.<br><br>INSULET CORPORATION, DUANE DESISTO, PATRICK J. SULLIVAN, ALLISON DORVAL, and BRIAN ROBERTS<br><br>     Defendants. | Civ. A. No. 15-12345-MLW<br><br>CLASS ACTION<br><br>ECF CASE |

**LEAD PLAINTIFFS' MOTION FOR (I) PRELIMINARY APPROVAL OF SETTLEMENT, (II) PRELIMINARY CERTIFICATION OF THE SETTLEMENT CLASS FOR PURPOSES OF SETTLEMENT, AND (III) APPROVAL OF <u>NOTICE TO THE SETTLEMENT CLASS</u>**

PLEASE TAKE NOTICE that upon the Stipulation of Settlement dated February 8, 2018, filled herewith; the accompanying Memorandum of Law; and all other papers and proceedings herein, Lead Plaintiffs Arkansas Teacher Retirement System, the City of Bristol Pension Fund, and the City of Omaha Police & Fire Retirement System ("Lead Plaintiffs") respectfully submit this motion pursuant to Rule 23(e) of the Federal Rules of Civil Procedure, for an order (i) preliminarily approving the proposed Settlement; (ii) preliminarily certifying the proposed Settlement Class and appointing Lead Plaintiffs as class representatives and Lead Counsel as class counsel for purposes of the Settlement; (iii) approving the form and manner of giving notice of the proposed Settlement to Settlement Class Members; and (iv) scheduling a hearing on final approval of the Settlement and Lead Counsel's motion for an award of attorneys' fees and reimbursement of litigation expenses. Attached hereto as Exhibit 1 is the proposed Order Preliminarily Approving Settlement and Providing for Notice and its exhibits.

DATED:  February 9, 2018

Respectfully submitted,

By: */s/James A. Harrod*
**BERNSTEIN LITOWITZ BERGER &
  GROSSMANN LLP**
James A. Harrod (admitted *pro hac vice*)
Rebecca E. Boon (admitted *pro hac vice*)
1251 Avenue of the Americas
New York, New York 10020
Telephone:  (212) 554-1400
Facsimile:   (212) 554-1444
jim.harrod@blbglaw.com
rebecca.boon@blbglaw.com

By: */s/William C. Fredericks*
**SCOTT+SCOTT ATTORNEYS AT LAW, LLP**
William C. Fredericks (admitted *pro hac vice*)
Sean T. Masson (admitted *pro hac vice*)
The Helmsley Building
230 Park Ave., 17th Floor
New York, NY 10169
Telephone:  (212) 223-6444
Facsimile:   (212) 223-6334

wfredericks@scott-scott.com
smasson@scott-scott.com

*Lead Counsel for Lead Plaintiffs and Proposed Class Counsel for the Settlement Class*

**BERMAN TABACCO**
Steven J. Buttacavoli (BBO #651440)
One Liberty Square
Boston, MA 02109
Tel: (617) 542-8300
Fax: (617) 542-1194
sbuttacavoli@bermantabacco.com

*Local Counsel for Lead Plaintiffs*

**GLANCY PRONGAY & MURRAY LLP**
Robert V. Prongay
Joshua L. Crowell (admitted *pro hac vice*)
Alexa Mullarky (admitted *pro hac vice*)
1925 Century Park East, Suite 2100
Los Angeles, CA 90067
Telephone:  (310) 201-9150
Facsimile:   (310) 201-9160
jcrowell@glancylaw.com
amullarky@glancylaw.com

*Additional Counsel for Lead Plaintiffs*

2

## **CERTIFICATE OF SERVICE**

  I hereby certify that on February 9, 2018, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the email addresses denoted on the Electronic Mail Notice List.

             /s/*James A. Harrod*
              James A. Harrod