# Exhibit A-3

**Exhibit A-3**

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ARKANSAS TEACHER RETIREMENT SYSTEM, THE CITY OF BRISTOL PENSION FUND, and THE CITY OF OMAHA POLICE AND FIRE RETIREMENT SYSTEM, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>INSULET CORPORATION, DUANE DESISTO, ALLISON DORVAL, BRIAN ROBERTS, and CHARLES LIAMOS,<br><br>Defendants. | Civil Action No. 15-12345-MLW |

### SUMMARY NOTICE OF (I) PENDENCY OF CLASS ACTION AND PROPOSED SETTLEMENT; (II) SETTLEMENT FAIRNESS HEARING; AND (III) MOTION FOR AN AWARD OF ATTORNEYS' FEES AND REIMBURSEMENT OF LITIGATION EXPENSES

**TO:** All persons or entities that purchased or acquired shares of Insulet Corp. ("Insulet") common stock from May 7, 2013 through April 30, 2015, both dates inclusive, and that were damaged thereby (the "Settlement Class").

**PLEASE READ THIS NOTICE CAREFULLY; YOUR RIGHTS WILL BE AFFECTED BY A CLASS ACTION LAWSUIT PENDING IN THIS COURT, AND YOU MAY BE ENTITLED TO SHARE IN THE SETTLEMENT. YOU MAY BE ELIGIBLE TO PARTICIPATE IN THIS SETTLEMENT.**

YOU ARE HEREBY NOTIFIED, pursuant to Rule 23 of the Federal Rules of Civil Procedure and an Order of the United States District Court for the District of Massachusetts, that the above-captioned litigation (the "Action") has been certified as a class action for Settlement purposes only on behalf of the Settlement Class, except for certain persons and entities who are excluded from the Settlement Class by definition as set forth in the full printed Notice of (I) Pendency of Class Action and Proposed Settlement; (II) Settlement Fairness Hearing; and (III)

391338.1 INSULET

Motion for an Award of Attorneys' Fees and Reimbursement of Litigation Expenses (the "Notice").

YOU ARE ALSO NOTIFIED that Lead Plaintiffs in the Action have reached a proposed settlement of the Action for $19,500,000 in cash (the "Settlement"). If the Settlement is approved, it will resolve all claims in the Action.

A hearing will be held on _____, 2018 at __:__ _.m., before the Honorable Mark L. Wolf in Courtroom 10 of the United States District Court for the District of Massachusetts, John Joseph Moakley U.S. Courthouse, 1 Courthouse Way, Boston, MA 02210, to determine: (i) whether the proposed Settlement should be approved as fair, reasonable, and adequate; (ii) whether the Action should be dismissed with prejudice against Defendants, and the Releases specified and described in the Stipulation and Agreement of Settlement dated February 8, 2018 ("Stipulation") and in the Notice should be granted; (iii) whether the proposed Plan of Allocation should be approved as fair and reasonable; and (iv) whether Lead Counsel's application for an award of attorneys' fees and reimbursement of Litigation Expenses should be approved.

**If you are a member of the Settlement Class, your rights will be affected by the pending Action and the Settlement, and you may be entitled to share in the Settlement Fund.** If you have not yet received the Notice, which more completely describes the Settlement and your rights thereunder, and Claim Form, you may obtain copies of these documents, as well as a copy of the Stipulation (which, among other things, contains definitions for the defined terms used in this Summary Notice) by contacting the Claims Administrator at *Insulet Corp. Securities Litigation*, c/o Analytics Consulting LLC, P.O. Box 2007, Chanhassen, MN 55317-2007, or info@InsuletSecuritiesLitigation.com. Copies of the Notice, Claim Form, and Stipulation can also be downloaded from the website maintained by the Claims Administrator, www.InsuletSecuritiesLitigation.com.

If you are a member of the Settlement Class, in order to be eligible to receive a payment under the proposed Settlement, you must submit a Claim Form postmarked no later than _____, 2018. If you are a Settlement Class Member and do not submit a proper Claim Form, you will not be eligible to share in the distribution of the net proceeds of the Settlement but you will nevertheless be bound by any judgments or orders entered by the Court in the Action.

If you are a member of the Settlement Class and wish to exclude yourself from the Settlement Class, you must submit a timely and valid request for exclusion that is received no later than _____, 2018, in accordance with the instructions set forth in the Notice. If you properly exclude yourself from the Settlement Class, you will not be bound by any judgments or orders entered by the Court in the Action and you will not be eligible to share in the proceeds of the Settlement.

Any objections to the proposed Settlement, the proposed Plan of Allocation, or Plaintiffs' Counsel's motion for attorneys' fees and reimbursement of Litigation Expenses must be filed with the Court and delivered to Lead Counsel and Defendants' Counsel such that they are received no later than _____, 2018, in accordance with the instructions set forth in the Notice.

**Please do not contact the Court, the Clerk's office, Insulet, any other Defendant, or their counsel, regarding this notice. All questions about this notice, the proposed Settlement, or**

**your eligibility to participate in the Settlement should be directed to Lead Counsel or the Claims Administrator.**

Requests for the Notice and Claim Form should be made to:

> Insulet Securities Litigation
> c/o Analytics Consulting LLC
> P.O. Box 2007
> Chanhassen, MN 55317-2007
>
> 844-327-3154
> info@InsuletSecuritiesLitigation.com
> www.InsuletSecuritiesLitigation.com

Inquiries, other than requests for the Notice and Claim Form, should be made to Lead Counsel:

| | | |
|---|---|---|
| BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP<br>James A. Harrod, Esq.<br>1251 Avenue of the Americas, 44th Floor<br>New York, New York 10020<br>(800) 380-8496 | or | SCOTT+SCOTT ATTORNEYS AT LAW, LLP<br>William C. Fredericks, Esq.<br>230 Park Avenue, 17th Floor<br>New York, NY  10169<br>(800) 404-7770 |

Dated: _____, 2018

By Order of the Court
United States District Court
District of Massachusetts