UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ARKANSAS TEACHER RETIREMENT SYSTEM, THE CITY OF BRISTOL PENSION FUND, and THE CITY OF OMAHA POLICE AND FIRE RETIREMENT SYSTEM, on behalf of themselves and all others similarly situated,<br><br>     Plaintiffs,<br><br>     v.<br><br>INSULET CORPORATION, DUANE DESISTO, PATRICK J. SULLIVAN, ALLISON DORVAL, and BRIAN ROBERTS<br><br>     Defendants. | Civ. A. No. 15-12345-MLW<br><br>CLASS ACTION<br><br>ECF CASE |

## LEAD PLAINTIFFS' MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT AND PLAN OF ALLOCATION

PLEASE TAKE NOTICE that pursuant to Federal Rule of Civil Procedure 23(e) and this Court's Order Preliminarily Approving Proposed Settlement and Providing for Notice dated April 6, 2018, and upon (a) the Joint Declaration of James A. Harrod and Williams C. Fredericks in Support of (I) Lead Plaintiffs' Motion for Final Approval of Class Action Settlement and Plan of Allocation; and (II) Lead Counsel's Motion for an Award of Attorneys' Fees and Reimbursement of Litigation Expenses; (b) the Memorandum of Law in Support of Lead Plaintiffs' Motion for Final Approval of Class Action Settlement and Plan of Allocation; and (c) all other papers and proceedings herein, Lead Plaintiffs Arkansas Teacher Retirement System, the City of Bristol Pension Fund, and the City of Omaha Police and Fire Retirement System, on behalf of themselves and the Settlement Class, will and do hereby move this Court, before the Honorable Mark L. Wolf, on August 2, 2018 at 2:30 p.m. in Courtroom 10 of the John Joseph Moakley U.S. Courthouse, 1

Courthouse Way, Boston, MA 02210, or at such other location and time as set by the Court, for entry of a Judgment approving the Settlement as fair, reasonable and adequate and for entry of an Order approving the proposed Plan of Allocation as fair, reasonable and adequate. A final proposed Judgment and proposed Order approving the proposed Plan of Allocation will be submitted with Lead Plaintiffs' reply papers after the deadlines for objecting to the Settlement and requesting exclusion from the Settlement Class have passed.

DATED:  June 1, 2018                          Respectfully submitted,

By: /s/James A. Harrod
**BERNSTEIN LITOWITZ BERGER &**
  **GROSSMANN LLP**
James A. Harrod (admitted *pro hac vice*)
Rebecca E. Boon (admitted *pro hac vice*)
1251 Avenue of the Americas
New York, New York 10020
Telephone:  (212) 554-1400
Facsimile:   (212) 554-1444
jim.harrod@blbglaw.com
rebecca.boon@blbglaw.com

By: /s/William C. Fredericks
**SCOTT+SCOTT ATTORNEYS AT LAW, LLP**
William C. Fredericks (admitted *pro hac vice*)
Sean T. Masson (admitted *pro hac vice*)
The Helmsley Building
230 Park Ave., 17th Floor
New York, NY 10169
Telephone:  (212) 223-6444
Facsimile:   (212) 223-6334
wfredericks@scott-scott.com
smasson@scott-scott.com

*Lead Counsel for Lead Plaintiffs and Proposed Class Counsel for the Settlement Class*

**BERMAN TABACCO**
Steven J. Buttacavoli (BBO #651440)
One Liberty Square
Boston, MA 02109
Tel: (617) 542-8300
Fax: (617) 542-1194
sbuttacavoli@bermantabacco.com

*Local Counsel for Lead Plaintiffs*

**GLANCY PRONGAY & MURRAY LLP**
Robert V. Prongay
Joshua L. Crowell (admitted *pro hac vice*)
Alexa Mullarky (admitted *pro hac vice*)
1925 Century Park East, Suite 2100
Los Angeles, CA 90067
Telephone:  (310) 201-9150
Facsimile:   (310) 201-9160
jcrowell@glancylaw.com
amullarky@glancylaw.com

*Additional Counsel for Lead Plaintiffs*

**CERTIFICATE OF SERVICE**

  I hereby certify that on June 1, 2018, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the email addresses denoted on the Electronic Mail Notice List.

               /s/James A. Harrod
                James A. Harrod